Commonwealth *v.* Perkins, Appellant.

Argued May 27, 1941. Before SCHAFFER, C. J.,
MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

532

536

538

542

*Samuel Kagle,* with him *J. Edgar Small,* for appellant.

*David R. Perry,* Special Deputy Attorney General, with him *Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, June 30, 1941:
The judgment is affirmed on the foregoing portions of the opinion of President Judge HARGEST.